## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO.  8:09CR44 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **ERINEO NAVARRO GONZALEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum and order,

IT IS ORDERED that the Defendant's motion under 28 U.S.C. § 2255 to vacate his conviction (Filing No. 34) is denied.

DATED this 30th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge